NUMBER 13-04-522-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
___________________________________________________________________
 

IN RE WHITTAKER CORPORATION 

__________________________________________________________________

On Petition for Writ of Mandamus
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Wittig


 
Per Curiam Memorandum Opinion




         Relator, Whittaker Corporation, filed a petition for writ of mandamus in the
above cause on October 4, 2004. The Court, having examined and fully considered
the petition for writ of mandamus, is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 
                                                                                 PER CURIAM


Memorandum Opinion delivered and filed
this 13th day of October, 2004.